*R. H. Lewis*, for plaintiff in error.

---

## WILCHER *v.* POOL & GUNN.

COBB, J.　An execution issued from a justice's court of Glascock county was carried to Warren county, and there "backed" as follows: "Georgia, Warren county.　425th Dist. G. M.　To all and singular the constables of Warren county.　F. L. Howell, N. P. & Ex. J. P."　*Held*, that this was a sufficient "backing" under the Civil Code, § 4160, to authorize the levy of the execution by a deputy-sheriff of Warren county upon property of the defendant situated in that county.　*Dickson* v. *Burwell*, 113 *Ga.* 93 (2).
　　　　　　　　　　　*Judgment reversed.　All the Justices concur.*

Submitted October 26, — Decided November 12, 1904.

Certiorari.　Before Judge Hammond.　Glascock superior court. June 27, 1904.

*E. L. Stephens*, for plaintiff.